| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Williams, Ann C | 2. Court or Organization<br><br>U.S. Court of Appeals 7th Cir. | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>219 South Dearborn<br>Chicago, IL | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Equal Justice Works |
| 2. Board of Trustees, Secretary | National Institute for Trial Advocacy |
| 3. Board of Directors | Federal Bar Association |
| 4. Board of Directors, Secretary | University of Notre Dame |
| 5. Board of Directors, Past President | Federal Judges Associaton |
| 6. Board of Directors, Chair | Just the Beginning Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE C....    2005 MAY 15 P 12: 43    RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | National Institute for Trial Advocacy | $ 24.315 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## SECTION IV - Reimbursements

**NOTE:    USE THIS SIMILAR INFO WHEN FILLING AT NON-CASE RELATED FORM.**

### Reimbursements for Meals, Hotel and Transportation Only

| TRAVEL DATES | 2005 |
|---|---|
| January 7-15 | Houston, TX (Trial Advocacy Program) National Institute for Trial Advocacy (NITA) |
| January 18- 30 | Hague, Netherlands (Appellate Advocacy Training for the Intl. Criminal Tribunal for Rwanda and Yugoslavia) (ICTR/ICTY) |
| February 3-4 | South Bend, Indiana (Board Meeting) Notre Dame |
| February 9-12 | Minneapolis, MN (Trial Advocacy Program) National Institute for Trial Advocacy (NITA) |
| February 16-20 | Palm Springs, CA (Cont. Legal Education Seminar - Panelist) PriceWaterhouse Coopers |
| February 24-26 | Rancho Mirage, CA (Panelist) National Bar Assoc. Appellate Group |
| March 2-5 | Minneapolis, MN (Trial Advocacy Program) National Institute for Trial Advocacy (NITA) |
| March 18 | Cincinnati, OH (Program) National Underground Railroad Museum |
| April 4-6 | Los Angeles, CA (Memorial Services) Johnnie Cochran |

| | |
|---|---|
| April 7-10 | New York, NY(Moot Court Competition)<br>Brooklyn Law School |
| Apr. 13-15 | Washington, DC (Meeting)<br>Electronic Public Access (EPA)<br>(Administrative Office Working Group) |
| May 5-8 | New Orleans, Louisiana (Board Meeting)<br>National Institute for Trial Advocacy |
| May 16 | Washington, DC (Board Meeting)<br>Federal Judges Association |
| May 17 | Cincinnati, OH (Meeting)<br>Just the Beginning Foundation Meeting |
| May 22 -24 | Indianapolis, IN (Conference)<br>7th Circuit Judicial Conference |
| May 26 | Cincinnati, OH (Meeting)<br>Just the Beginning Foundation Meeting |
| July 11-12 | Washington, DC (Educational Seminar)<br>National Sentencing Policy Institute |
| July 21-25 | Houston,TX/Dallas,TX (Trial Advocacy Program)<br>National Institute for Trial Advocacy (NITA) |
| Sept 7-8 | Ossining, NY   (Panelist)<br>General Electric Program |
| Sept 15-18 | Boston, MA (Conference)<br>Harvard C. Hamilton Houston Institute |
| Sept - 26-28 | Atlanta, GA (Deposition Training Program)<br>National Institute for Trial Advocacy (NITA) |

| | |
|---|---|
| Sept. 29 | Chicago, IL (Educational Seminar) <br> Federal Judicial Center |
| October 13-14 | South Bend, IN (Board Mtg.) <br> Notre Dame |
| October 19 | Winston Salem (Panelist) <br> Wake Forest University |
| November 3 | Washington, DC (Administrative Office, <br> Educational Seminar) <br> National Symposium of Circuit Judges |
| Nov. 4 | New York, NY (Memorial Service) <br> Judge Constance Baker Motley, (S.D.N.Y) |
| Nov. 5-13 | Arusha, Tanzania (Trial Advocacy Training <br> Program for the Intl. Criminal Tribunal for <br> Rwanda (ICTR) |
| Nov. 20-21 | Cincinnati, OH (Meeting) <br> Just the Beginning Foundation |
| December 6 | Los Angeles, CA (Portrait Unveiling) <br> Judge Consuelo Marshall, (C.A.C.D) |
| December 8 | New York, NY (Court Memorial Service) <br> Judge Constance Baker Motley, (S.D.N.Y) |

# Compensation for Teaching Programs Only

## 2005

Jan 7-15         Houston, TX
NITA Trial Advocacy Program

Feb 9-12         Minneapolis, MN
NITA Trial Advocacy Program

March 2-5         Minneapolis, MN
NITA Trial Advocacy Program

July 22-26         Houston, TX
NITA Trial Advocacy Program

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amalgamated Bank | Credit Card | J |
| 2. American Express | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 2. Elgin State Bank - Accounts | B | Interest | K | T | | | | | |
| 3. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 4. LaSalle Bank - Account | A | Interest | K | T | | | | | |
| 5. Amalgamated Bank - Accounts | A | Interest | K | T | | | | | |
| 6. Mass Mutual Universal - Variable | A | Interest | | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  5/10/2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544